John C. Davant, et al., Plaintiffs in Error, v. Peter L. Weeks, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Hernando.

Writ of Error dismissed on motion of counsel for Defendant in Error.

*George C. Martin,* for the motion.